STATE OF NEW JERSEY v. CHARLES H. TONSUL, *ET AL.*

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ARTHUR H. MAWYER.

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. MELVIN HAYES.

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. CHARLES COOK.

June 1, 1971. Petition for certification denied.

STATE OF NEW JERSEY v. ALEXANDER WASHINGTON.

June 1, 1971. Petition for certification denied.